## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Patricia G. Fritz,                 :
             Petitioner     :
                         :
         v.                 :        No. 1034 C.D. 2019
                         :
Unemployment Compensation   :
Board of Review,            :
            Respondent   :

**PER CURIAM**                 **O R D E R**

NOW, June 5, 2020, upon consideration of Petitioner's application for reconsideration, the application is denied.